UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
JAN 1 2 2015
CLERK

Veronica L. Duffy, United States Magistrate Judge, Presiding

Courtroom Deputy – CLG
Courtroom – SF #3

Court Reporter – FTR Ct#3
Date – 1/12/2015

CR. 14-40140

| United States of America, | Ann Hoffman |
|---|---|
| Plaintiff, | |
| vs. | |
| Xavier Cornelius Shields (01) and Ryan Vincent Hill (02), | Tim Langley Bill Blewett |
| Defendants. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 pm

TIME:

1:30 p.m.   Enter initial appearance and arraignment on Indictment before the Honorable Veronica L. Duffy, US Magistrate Judge.

Defendants are not present in court.

The court will issue bench warrants for both defendants for failure to appear as ordered.

1:32 p.m.   Court in recess.
1:48 p.m.   Court reconvened.

Defendants are now present in court.

Defendants advised of their rights.
Defendants questioned by the court.

Defendants have received a copy of the Indictment. Reading of the charges held.
Defendants advised of maximum possible penalties.

Based on Defendants' financial affidavit, the Federal Public Defender was appointed to represent Mr. Shields and Bill Blewett was appointed to represent Mr. Hill.

Defendants each plead not guilty to the Indictment.

US does not seek detention.

The court will continue the December 10, 2014, release orders entered in the Northern District of Georgia.

Defendants reminded of possible penalties if the release order is violated.

2:05 p.m.   Court in recess.