FILED
SEP 3 0 2015
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 14-40022-03 |
| Plaintiff, | |
| vs. | DEFENDANT'S INFORMED WAIVER OF SPEEDY TRIAL RIGHTS |
| DWIGHT DOMINIC DANIELS, | |
| Defendant. | |

It is my understanding that a Co-Defendant, DeMarcus Stevens, by and through his attorney filed a Motion for Continuance (Doc. 75) and that the Assistant United States Attorney, Ann Hoffman, filed a Response (Doc. 76) to Mr. Steven's Motion stating that she had no objection to the continuance. I further understand that my attorney, Nichole A. Carper, informed the Court the she had no objections to Mr. Steven's Motion for Continuance. I hereby consent to the continuance and further understand that the continuance means that the delay requested is excluded from counting under the Speed Trial Act, 18 U.S.C. § 3161, et. seq.

I have discussed this matter with my counsel and I have had my questions concerning the continuance answered. This waiver of my rights under the Speedy Trial Act and my constitutional right to a speedy trial under the Sixth Amendment to the United States Constitution is being made by me

freely and voluntarily, and with full knowledge of the consequences of this continuance.

Dated this 22 day of September, 2015.

_____
Dwight Daniels

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2015, a true and correct copy of the foregoing Defendant's Informed Waiver of Speedy Trial Rights was served upon the following person, by placing the same in the service indicated, addressed as follows:

Ann Hoffman                             [X] U.S. Mail
Assistant United States Attorney        [ ] Hand Delivery
PO Box 2638                             [ ] Facsimile
Sioux Falls, SD 57101-2638              [ ] Federal Express
Email: ann.hoffman@usdoj.gov            [ ] Electronic Filing

_____
Nichole Carper
Attorney for Defendant